IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40564
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICKI JOYCE WYLIE,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:97-CR-148-1
- - - - - - - - - -

February 9, 1999

Before BARKSDALE, and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Vicki Wylie ("Wylie") appeals from her sentence following her guilty-plea conviction for being a felon in possession of a firearm, 18 U.S.C. § 922(g)(1). Wylie's sole argument on appeal is that the district court erred by applying the enhancement provision of U.S.S.G. § 2K2.1(b)(5). She argues that there is insufficient evidence to show that she used or possessed a firearm "in connection with" a felony drug offense. We have

_____

[*]This matter is being decided by a quorum. 28 U.S.C. § 46(d).

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

reviewed the record and the briefs of the parties, and we conclude that the district court did not err by applying § 2K2.1(b)(5). See United States v. Condren, 18 F.3d 1190, 1195-1200 (5th Cir. 1994).

AFFIRMED.